Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEONTA JAMAL JONES, | ) |
| Plaintiff, | ) CASE NO. |
| | ) 2:23-cv-01756-JCM-EJY |
| v. | ) |
| | ) **CONSENT MOTION** |
| | ) **FOR EXTENSION OF TIME TO FILE** |
| MARTIN O'MALLEY, | ) **PLAINTIFF'S BRIEF** |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

  Plaintiff, Deonta Jamal Jones, by his attorney, moves for a forty-five (45) day extension of time to file Plaintiff's opening brief. Plaintiff's opening brief is currently due to be filed by Monday, January 22, 2024.

  Counsel requests this extension due to multiple, simultaneous filing deadlines. Counsel requires additional time to properly and thoroughly prepare Plaintiff's brief. For instance, between January 5, and March 5, 2024, staff in Counsel's office have one hundred and sixty-one (161) Plaintiff briefs due. This figure does not include briefings which will be due after the filing of Administrative Records throughout this timeframe, Oral Arguments, appeals to Circuit Courts, Reply Briefs, settlement negotiations, and the various other tasks which arise throughout the course of litigation. These circumstances do not allow for Plaintiff's Counsel to properly prepare

1

the brief by the current deadline. This request will not cause Defendant any undue hardship. This extension is needed to thoroughly and properly prepare the brief.

Wherefore, Plaintiff requests an extension from January 22, 2024, up to and including March 7, 2024, to file his brief. Counsel for the Plaintiff has conferred with Defendant's Counsel who kindly consents to this request.

Dated January 15, 2024.

                          Respectfully submitted,

                          */s/Hal Taylor*
                          Hal Taylor, Esq.

### ORDER

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: January 16, 2024