UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEONTA JAMAL JONES<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 2:23-CV-01756-EJY<br><br>**ORDER** |

Pending before the Court is the Stipulated Motion to Correct Order Pursuant to Fed. R. Civ. P. 60(a). ECF No. 23. The parties point out the Court's Order mistakenly indicates that Plaintiff's motion for attorney's fees was granted under 42 U.S.C. § 406(b). ECF No. 22 at 1–2. Their Motion was for EAJA fees under 28 U.S.C. § 2412. The parties are correct and the prior order is corrected.

IT IS HEREBY ORDERED that Stipulated Motion (ECF No. 23) is GRANTED.

IT IS FURTHER ORDERED thar the Court corrects its Order entered on November 12, 2024 (ECF No. 22) to state the following:

IT IS HEREBY ORDERED that the Settled Motion for Attorney's Fees Pursuant to 28 U.S.C. § 2412 (ECF No. 21) is GRANTED. A fee award in the amount of $7,868.03 for work before the Court is to be paid to Olinsky Law Group, 250 South Clinton St. Suite 210, Syracuse, NY 13202.

IT IS FURTHER ORDERED that If Plaintiff owes a debt that qualifies under the Treasury Offset Program (31 U.S.C. § 3716), any payment must be made payable to Plaintiff and delivered to Plaintiff's counsel.

Dated this 14th day of November, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE